1030

■■■■■■■■■■

No. 99–6682. FOSTER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6685. GARCIA-ACUNA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6686. HARRIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–6687. OSORIO DE ESCOBAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6689. DANIELS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6691. DeLEON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–6692. GOMEZ-JARAMILLO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6693. HOOKS v. EASLEY, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–6695. EADY v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 99–6696. AVALOS-CERVANTES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6701. COALLA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–6702. VELEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6703. TAL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6706. BOULANGER v. COHEN, SECRETARY OF DEFENSE. C. A. 9th Cir. Certiorari denied.

No. 99–6711. OCHOA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6712. SADEGHI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.